William ADAMS, Appellant,

v.

STATE of Missouri, Respondent.

ED 103414

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: June 14, 2016

Amy Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Robert J. (Jeff) Bartholomew, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### *ORDER*

PER CURIAM.

William Adams (Movant) appeals from the motion court's judgment denying his motion for post-conviction relief under Mo. R. Crim. P. 29.15 without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their infor-

mation only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).